Submitted on record and briefs February 16, appeal dismissed March 24, 1999

## CANYON WEST EASTON,
*Appellant,*

*v.*

## S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-12479; CA A100118)

976 P2d 1176

Allen R. Peters filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals a judgment dismissing his petition for a writ of habeas corpus. We dismiss the appeal on the ground that it is moot.

In 1987, plaintiff was convicted of first-degree assault and sentenced as a dangerous offender to 30 years, with a minimum sentence of 15 years. On March 20, 1996, the Board of Parole and Post-Prison Supervision (Board) conducted a hearing to review plaintiff's status as a dangerous offender. After receiving psychological reports, the Board found that plaintiff continued to be a dangerous offender and declined to set a parole release date. Plaintiff initiated this action, challenging the validity of the March 1996 order declining to set a release date. The trial court dismissed the petition, and plaintiff appealed. Meanwhile, the Board conducted another hearing to review plaintiff's status as a dangerous offender. On March 17, 1998, the Board again concluded that plaintiff continues to be a dangerous offender and again declined to set a parole release date.

The state moves to dismiss the appeal on the ground that the March 1996 order that plaintiff challenges has been superseded by the March 17, 1998, order. Thus, the state reasons, plaintiff's claims with respect to the March 1996 order have become moot. We agree. *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998).

Appeal dismissed.